Raymond A. TURCOTTE

v.

Paul J. BENTO et al.

No. 79–119–Appeal.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Paul M. Chappell, Portsmouth, for plaintiff.

Corcoran, Peckham & Hayes, Patrick O'N. Hayes, Jr., Kathleen Managhan, Newport, for defendants.

ORDER

The plaintiff appeared before us on November 7, 1979 in response to our order to show cause why defendants' motion to dismiss for failure of plaintiff to file his brief should not be granted and, further to show cause why this appeal should not be dismissed in light of this court's ruling that there is no appeal from a Superior Court judgment rendered pursuant to the provisions of § 45–20–1.1. *Kurbiec v. Bastien*, R.I., 385 A.2d 667 (1978). The plaintiff conceded that the appeal be dismissed. Accordingly plaintiff's appeal is hereby dismissed.

■

WATCH HILL FIRE DISTRICT et al.

v.

Harrison F. DAY et al.

No. 78–163–M.P.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Edwards & Angell, John H. Blish, Swan, Jenckes, Asquith & Davis, Andrew H. Davis, Jr., Providence, for petitioners.

John J. Gentile, Asst. Sol., Westerly, for respondents.

ORDER

This case is assigned to the December, 1979 *show cause* calendar. The petitioner is directed to appear and show cause why the petition should not be denied and the writ previously issued quashed in light of the fact that the issues raised herein are moot and, further, in view of the difficulty of addressing the issues raised due to the inadequacy of the record.